FILED
FEB 26 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT NATHAN ALM,<br><br>Defendant. | Case No. 12CR0920-H<br><br>**ORDER GRANTING JOINT MOTION TO HOLD PETITION IN ABEYANCE** |

Upon the joint motion of the parties (Doc. No. 133) and good cause appearing, IT IS HEREBY ORDERED that the Petition for Warrant or Summons for Offender Under Supervision filed on September 30, 2019 (Doc. No. 112) be held in abeyance.[1] The Court orders the Defendant's release from federal custody to facilitate a conservatorship by the state authorities. The Court continues the Defendant on supervised release under the same terms and conditions previously imposed.

IT IS SO ORDERED.

DATED: 2/26/20

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] The Court is not revoking the Defendant's term of supervised release at this time, but rather holds the petition to revoke his supervised release in abeyance and continues the Defendant on supervised release. See generally United States v. Wing, 682 F.3d 861, 868 (9th Cir. 2012) (If and "when a term of supervised release is revoked, it has been annulled, and the conditions of that term do not remain in effect.").